UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAULA ROBLES, ) <br> ) <br> Defendant. ) | 2:24-CR-087-PPS-APR |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Paula Robles' agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 82.] Following a hearing on the record on March 13, 2025, [DE 109], Judge Rodovich found that defendant understands the charges, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Rodovich's findings and recommendation concerning defendant Paula Robles' plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 109] in their entirety.

Defendant Paula Robles is adjudged GUILTY of Count 1 of the indictment, Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §1349.

The sentencing hearing is set for June 24, 2025, at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: April 1, 2025.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE